

**U.S. Department of Justice**
Civil Division, FOIA and Privacy Office
Room 8314
1100 L Street, NW
Washington, DC 20530

November 27, 2024

Kristen Macleod-Ball　　　　　　　　　　Request No.　145-FOI-21077
National Immigration Litigation Alliance
kristin@immigrationlitigation.org

Dear Kristen Macleod-Ball:

　　This letter acknowledges receipt of your Freedom of Information Act (FOIA) request dated and received in this office on September 26, 2024, in which you requested written procedures related to:

　　(1) the creation of administrative records of proceedings as required by Federal Rule of Appellate Procedure 16 for petitions for review of removal orders for which judicial review is sought under 8 U.S.C. § 1252(a)(1), including both removal orders issued by the Executive Office for Immigration Review and by component agencies of the U.S. Department of Homeland Security (specifically, U.S. Immigration and Customs Enforcement and U.S. Customs and Border Protection);
　　(2) the filing of such records with U.S. courts of appeals pursuant to Federal Rule of Appellate Procedure 17; and
　　(3) service and/or transmittal of such records on individuals without attorneys who have filed pro se petitions for review.

　　The records you seek require a search in another Office of the Civil Division, and so your request falls within "unusual circumstances." *See* 5 U.S.C. § 552(a)(6)(B)(i)-(iii).  Because of these unusual circumstances, we are extending the time limit to respond to your request beyond the ten additional days provided by the statute.  We have not yet completed a search to determine whether there are records within the scope of your request.  The time needed to process your request will necessarily depend on the complexity of our records search and on the volume and complexity of any records located.  For your information, this office assigns incoming requests to one of three tracks:  simple, complex, or expedited.  Each request is then handled on a first-in, first-out basis in relation to other requests in the same track.  Simple requests usually receive a response in approximately one month, whereas complex requests necessarily take longer.  At this time, your request has been assigned to the complex track.  You may wish to narrow the scope of your request to limit the number of potentially responsive records or agree to an alternative time frame for processing, should records be located; or you may wish to await the completion of our records search to discuss either of these options.

　　We regret the necessity of this delay, but we assure you that this Office will process your request as soon as possible.

      We have not yet made a determination as to whether fees will be applicable to your FOIA request.  If we later determine that fees are applicable or need more information to make that determination, we will contact you before any fees are accrued to discuss your options.  A request for a fee waiver will only be adjudicated after a determination has first been made that fees are applicable to a FOIA request.

      If you have any questions or wish to discuss reformulation or an alternative time frame for the processing of your request, you may contact our FOIA Public Liaison by telephone at 202-514-2319 or you may write to civil.routing.foia@usdoj.gov or to the FOIA and Privacy Office, Civil Division, Department of Justice, Room 8314, 1100 L Street NW, Washington, DC 20530.  Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows:  Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

      Sincerely,

      FOIA and Privacy Office
      Civil Division