| | |
|---|---|
| **From:** | FOIA, Civil.routing |
| **To:** | Kristin Macleod-Ball |
| **Subject:** | RE: FOIA request No. 145-FOI-21077 |
| **Date:** | Tuesday, February 11, 2025 4:39:27 PM |
| **Attachments:** | image001.png |

The Civil Division is divided into multiple separate branches, sections, and offices. The FOIA and Privacy Office has initiated searches with staff in the Office of Immigration Litigation.

**From:** Kristin Macleod-Ball <Kristin@immigrationlitigation.org>
**Sent:** Tuesday, February 4, 2025 11:52 AM
**To:** FOIA, Civil.routing <civfoia@CIV.USDOJ.GOV>
**Subject:** [EXTERNAL] FOIA request No. 145-FOI-21077

To Whom It May Concern:

I am writing to follow up on your Nov. 27, 2024 response to FOIA request No. 145-FOI-21077. In the response, you note that the request is being classified as falling within the "unusual circumstances" category, because it requires "a search in another Office of the Civil Division." In order to facilitate a determination on this FOIA request, can you let me know what other office of the Civil Division must be searched?

Best,
Kristin



**Kristin Macleod-Ball**
**National Immigration Litigation Alliance**
617-506-3646 / kristin@immigrationlitigation.org
www.immigrationlitigation.org
Facebook: NatlImmLitAlliance

**Click HERE to register for NILA's upcoming webinar, Requesting Attorneys' Fees Under the Equal Access to Justice Act, on March 19, 2025**