Trina Realmuto (CA SBN 201088)
Kristin Macleod-Ball (NY SBN 5340500)*
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA, 02446
(617) 819-4447
trina@immigrationlitigation.org
kristin@immigrationlitigation.org

Siobhan Waldron (CA SBN 286378)
Jessica Zhang (TX SBN 24127437)**
Immigrant Legal Defense
1301 Clay St., #70010
Oakland, CA 94612
(510) 479-0972
jessica@ild.org
siobhan@ild.org

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IMMIGRANT LEGAL DEFENSE and NATIONAL IMMIGRATION LITIGATION ALLIANCE,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and CIVIL DIVISION, U.S. DEPARTMENT OF JUSTICE,<br><br>Defendants. | Case No. 3:25-cv-02703-SK<br><br>**PLAINTIFFS' CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Respectfully submitted,

s/*Trina Realmuto*
Trina Realmuto (CA SBN 201088)
Kristin Macleod-Ball (NY SBN 5340500)*
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA, 02446
(617) 819-4447
trina@immigrationlitigation.org
kristin@immigrationlitigation.org

Siobhan Waldron (CA SBN 286378)
Jessica Zhang (TX SBN 24127437)**
Immigrant Legal Defense
1301 Clay St., #70010
Oakland, CA 94612
(510) 479-0972
siobhan@ild.org
jessica@ild.org

*Admitted *pro hac vice*

**Application for admission *pro hac vice* submitted

*Attorneys for Plaintiffs*

Dated: April 4, 2025