Trina Realmuto (CA SBN 201088)
Kristin Macleod-Ball (NY SBN 5340500)*
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA, 02446
(617) 819-4447
trina@immigrationlitigation.org
kristin@immigrationlitigation.org

Siobhan Waldron (CA SBN 286378)
Jessica Zhang (TX SBN 24127437)*
Immigrant Legal Defense
1301 Clay St., #70010
Oakland, CA 94612
(510) 479-0972
jessica@ild.org
siobhan@ild.org

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IMMIGRANT LEGAL DEFENSE and NATIONAL IMMIGRATION LITIGATION ALLIANCE,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and CIVIL DIVISION, U.S. DEPARTMENT OF JUSTICE,<br><br>Defendants. | Case No. 3:25-cv-02703-SK<br><br>**AFFIDAVIT OF SERVICE** |

Affidavit of Service

I, Kristin Macleod-Ball, hereby declare that, pursuant to Federal Rule of Civil Procedure 4(i), on March 27, 2025, I caused the following documents in the above-captioned case to be served:

- Conformed Summons;
- Complaint for Declaratory and Injunctive Relief Under the Freedom of Information Act and Exhibits A-G;
- Civil Cover Sheet;
- Notice of Case Assignment; and
- Order Setting Initial Case Management Conference and ADR Deadlines.

*See* Exhibit A. On April 5, 2025, I caused the following documents in the above captioned case to be served:

- Standing Order for All Judges of the Northern California District Court; and
- Standing Order for Magistrate Judge Sallie Kim.

*See* Exhibit B.

I caused the aforementioned documents to be served by registered and certified mail, return receipt requested, at the following addresses:

Pamela Bondi
U.S. Attorney General
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Civil Division
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

U.S. Customs and Border Protection
Office of Chief Counsel
1300 Pennsylvania Avenue, NW, Ste 4.4-B
Washington, DC 20229

Civil Process Clerk
United States Attorney's Office for the
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

U.S. Immigration & Customs Enforcement
Office of the Principal Legal Advisor
500 12th Street NW, Mail Stop 5900
Washington, DC 20536-5900

The U.S. Attorney's Office for the Northern District of California accepted service on March 31,

Affidavit of Service

1

2025, and accepted service of the Standing Orders on April 8, 2025. *See* Exhibit C. The U.S. Attorney General's Office accepted service on April 4, 2025 and April 14, 2025. *See* Exhibit D. Defendant CBP accepted service on April 3, 2025 and April 11, 2025. *See* Exhibit E. Defendant ICE accepted service on April 3, 2025 and April 11, 2025. *See* Exhibit F. Defendant Department of Justice, Civil Division accepted service on April 3, 2025 and April 14, 2025. *See* Exhibit G.

Respectfully submitted,

s/ *Kristin Macleod-Ball*
Kristin Macleod-Ball (NY SBN 5340500)*
National Immigration Litigation Alliance
10 Griggs Terrace
Brookline, MA, 02446
(617) 506-3646
kristin@immigrationlitigation.org

*Admitted *pro hac vice*

Dated: April 16, 2025