




EXH. A






EXH. B





EXH. C

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Atty Gen. Pamela Bondi
    US Dep't of Justice
    950 Pennsylvania Ave. NW
    Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
   APR 04 REC'D
   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   INSPECTED 28

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
   9589 0710 5270 1210 6924 64

9590 9402 7487 2055 2333 74

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

EXH. D

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70191120000200593996

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 5:48 am on April 14, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
April 14, 2025, 5:48 am

See All Tracking History

Feedback

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates**                             ⌄

**USPS Tracking Plus®**                              ⌄

**Product Information**                              ⌄

See Less ⌃

**Track Another Package**

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052701210692457

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 1:48 pm on April 3, 2025 in WASHINGTON, DC 20229.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Left with Individual**

WASHINGTON, DC 20229
April 3, 2025, 1:48 pm

Feedback

See All Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates  ⌄

USPS Tracking Plus®  ⌄

Product Information  ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

EXH. E

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70191120000200597055

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:40 pm on April 11, 2025 in WASHINGTON, DC 20229.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20229
April 11, 2025, 12:40 pm

Feedback

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052701406723187

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 1:49 pm on April 3, 2025 in WASHINGTON, DC 20536.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, Left with Individual**
WASHINGTON, DC 20536
April 3, 2025, 1:49 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Track Another Package
Enter tracking or barcode numbers

**EXH. F**

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70191120000200593675

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:39 pm on April 11, 2025 in WASHINGTON, DC 20536.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Left with Individual**

WASHINGTON, DC 20536
April 11, 2025, 12:39 pm

Feedback

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates          ⌄

USPS Tracking Plus®           ⌄

Product Information           ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs



EXH. G

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70191120000200594009

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 5:48 am on April 14, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**
WASHINGTON, DC 20530
April 14, 2025, 5:48 am

See All Tracking History

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                    ⌄

USPS Tracking Plus®                     ⌄

Product Information                     ⌄

See Less ⌃

**Track Another Package**

[Enter tracking or barcode numbers]

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs