PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
ANDREW S. MAINARDI (CABN 338085)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 788-3509
   Facsimile: (510) 637-3724
   E-mail: andrew.mainardi@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IMMGRANT LEGAL DEFENSE and NATIONAL IMMIGRATION LITIGATION ALLIANCE,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, AND CIVIL DIVISION, U.S. DEPARTMENT OF JUSTICE.,<br><br>    Defendants. | No. 3:25-cv-02703-SK<br><br>DEFENDANTS' CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE |

In accordance with the provisions of Title 28, U.S.C. § 636(c), Defendants voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the above-captioned action, including trial, and ordering entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED: April 28, 2025                                 PATRICK D. ROBBINS
                                                                      Acting United States Attorney

                                                                       */s/ Andrew Mainardi*
                                                                       BY: ANDREW MAINARDI
                                                                       Assistant United States Attorney
                                                                       Attorneys for Defendants