UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMMIGRANT LEGAL DEFENSE, et al., | Case No. 25-cv-02703-SK |
| Plaintiffs, | |
| v. | **ORDER REGARDING MOTION TO EXPEDITE AND TO ENFORCE COURT'S ORDER** |
| U.S. CUSTOMS AND BORDER PROTECTION, et al., | |
| Defendants. | Regarding Docket No. 43 |

Plaintiffs filed a motion to expedite the case management conference set for August 3, 2026, and to enforce the Court's order setting a deadline to respond to Plaintiffs' request for production of documents.  The Court DENIES the motion to expedite the case management conference.

With respect to enforcing the Court's deadline, the Court notes that at the case management conference held on May 18, 2026, the Court set a deadline of June 30, 2026, for Defendants to respond to the questions raised by Plaintiffs raised in their email sent on September 18, 2025, regarding the productions by Defendant U.S. Immigration and Customs Enforcement ("ICE") and by Defendant Civil Division of the U.S. Department of Justice ("DOJ").  Defendants failed to comply with the Court's deadline without seeking leave of Court to request an extension of time.  In their joint case management statement, the parties disagree as to whether Defendants have now fully complied and responded to all of Plaintiffs' questions posed in their email.

The Court notes that deadlines set by the Court are not optional.  If a party is unable to comply, it is required to seek leave of Court before a deadline passes.  Further failures to comply with the Court's deadlines or other orders will be sanctioned.

At the case management conference on August 3, 2026, the parties shall be prepared to

United States District Court
Northern District of California

address whether or not Defendants have fully complied with the Court's deadline set at the last case management conference.

**IT IS SO ORDERED**.

Dated: July 28, 2026

_____
SALLIE KIM
United States Magistrate Judge